# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE BLACK** <br> *Plaintiff* <br><br> v. <br><br> **FIELD SERVICES, LLC,** *et al.* <br> *Defendants* | **CIVIL ACTION** <br><br> **NO. 17-4003** |

## ORDER

**AND NOW**, this 23rd day of October 2018, upon consideration of the *motion to dismiss Plaintiff's third amended complaint*, filed by Defendant Field Asset Services, LLC a/k/a Assurant Field Services, [ECF 38], Plaintiff's response thereto, [ECF 40], and the allegations contained in the second amended complaint, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, said Motion is **GRANTED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*