## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE BLACK** *Plaintiff* | : : : : : : : | **CIVIL ACTION** **NO. 17-4003** |
| v. | | |
| **FIELD SERVICES, LLC,** *et al.* *Defendants* | | |

## ORDER

**AND NOW**, this 23rd day of October 2018, upon consideration of the *motion to dismiss Plaintiff's third amended complaint*, filed by Defendants Rushmore Loan Management Services LLC, and Wilmington Savings Fund Society FSB, d/b/a Christina Trust (collectively, "Moving Defendants"), [ECF 37], Plaintiff's response thereto, [ECF 39], Moving Defendants' reply, [ECF 41], and the allegations contained in the third amended complaint, [ECF 35], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, said Motion is **GRANTED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*